**REPEREX INC.**

v.

**COLDWELL BANKER**

20170354

Supreme Court of Utah.

07/27/2017

392 P.3d 905, 20150246

Petition for Writ of Certiorari Granted.

**STATE**

v.

**VAN HUIZEN**

20170304

Supreme Court of Utah.

07/05/2017

20140602, 392 P.3d 933

Petition for Writ of Certiorari Granted.

**JUDD**

v.

**BOWEN**

20170431

Supreme Court of Utah.

08/25/2017

20140285, 397 P.3d 686

Petition for Writ of Certiorari Granted.

**REEDER**

v.

**LABOR COMMISSION**

20170482

Supreme Court of Utah.

08-17-2017

20150968

Petition for Writ of Certiorari Denied.